IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>PHILLY SHIPYARD, INC.,<br><br>*Defendant*. | Case No.: 2:24-cv-06198 |

## **GREAT LAKES DREDGE & DOCK COMPANY, LLC'S CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Great Lakes Dredge & Dock Company, LLC ("Great Lakes") hereby makes the following disclosure:

Great Lakes is a limited liability company. As of the time of the filing of this disclosure statement, Great Lakes has a single member: Great Lakes Dredge & Dock Corporation, a publicly traded corporation. No shareholder holds 10% or more of Great Lakes Dredge & Dock Corporation's stock.

| | |
|---|---|
| Date: November 19, 2024 | Respectfully submitted,<br><br>/s/ *Wesley A. Prichard*<br>Thomas E. Birsic, Esq.<br>Pa. ID No. 31092<br>thomas.birsic@klgates.com<br>Wesley A. Prichard, Esq.<br>Pa. ID No. 324411<br>wesley.prichard@klgates.com<br>Falco A. Muscante II, Esq.<br>Pa. ID No. 333759<br>falco.muscanteii@klgates.com<br>**K&L GATES LLP**<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>(412) 355-6500<br><br>Rusty Hardin, Esq.<br>(*pro hac vice pending*)<br>rhardin@rustyhardin.com<br>Terry D. Kernell, Esq.<br>(*pro hac vice pending*)<br>tkernell@rustyhardin.com<br>Emily Smith, Esq.<br>(*pro hac vice pending*)<br>esmith@rustyhardin.com<br>**RUSTY HARDIN & ASSOCIATES, LLP**<br>1401 McKinney, Suite 2250<br>Houston, Texas 77010<br>(713) 652-9000<br><br>*Counsel for Plaintiff Great Lakes Dredge & Dock Company, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents has been served via first-class mail and email this 19th day of November 2024, addressed as follows:

Philly Shipyard, Inc.
2100 Kitty Hawk Avenue
Philadelphia, PA 19112
Attention: Dean E. Grabelle
Title: SVP & General Counsel
Telephone: 215-875-2687
Email: dean.grabelle@phillyshipyard.com

R. Anthony Salgado
Blank Rome LLP
International Square Building
1825 I Street, N.W.
Washington, D.C. 20006-5403
Telephone: 202-772-5948
Email: tony.salgado@blankrome.com

*/s/ Wesley A. Prichard*
Wesley A. Prichard