# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY, LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> PHILLY SHIPYARD, INC., <br><br> *Defendant.* | Case No.: 2:24-cv-06198 |

## NOTICE OF APPEARANCE OF FALCO A. MUSCANTE II

To the Clerk of Court and all parties/counsel of record: Kindly enter the appearance of Falco A. Muscante II in the above civil action for Plaintiff, Great Lakes Dredge & Dock Company, LLC. All further notices, copies of pleadings, papers, and other material relevant to this action should be directed to and served on the undersigned as counsel of record for Great Lakes Dredge & Dock Company, LLC.

Falco A. Muscante II is admitted to practice in the United States District Court for the Eastern District of Pennsylvania.

Date: November 19, 2024

Respectfully submitted,

/s/ *Falco A. Muscante II*
Falco A. Muscante II, Esq.
Pa. ID No. 333759
falco.muscanteii@klgates.com
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
(412) 355-6500

*Counsel for Plaintiff Great Lakes Dredge & Dock Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents has been served via first-class mail and email this 19th day of November 2024, addressed as follows:

Philly Shipyard, Inc.
2100 Kitty Hawk Avenue
Philadelphia, PA 19112
Attention: Dean E. Grabelle
Title: SVP & General Counsel
Telephone: 215-875-2687
Email: dean.grabelle@phillyshipyard.com

R. Anthony Salgado
Blank Rome LLP
International Square Building
1825 I Street, N.W.
Washington, D.C. 20006-5403
Telephone: 202-772-5948
Email: tony.salgado@blankrome.com

*/s/ Falco A. Muscante II*
Falco A. Muscante II