IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLY SHIPYARD, INC.,<br><br>    Defendant. | Civil Action No. 2:24-cv-06198 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Timothy D. Katsiff of Faegre Drinker Biddle & Reath LLP on behalf of Defendant Philly Shipyard, Inc. in the above-captioned matter.

Dated: November 20, 2024

    /s/ Timothy D. Katsiff
Timothy D. Katsiff (PA No. 75490)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
tim.katsiff@faegredrinker.com

*Attorneys for Philly Shipyard, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served on counsel of record for all parties via the Court's CM/ECF system.

Dated:  November 20, 2024          /s/ Timothy D. Katsiff
                   Timothy D. Katsiff