IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>PHILLY SHIPYARD, INC.,<br><br>      Defendant. | Civil Action No. 2:24-cv-06198 |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter the appearance of Victoria L. Andrews of Faegre Drinker Biddle & Reath LLP on behalf of Defendant Philly Shipyard, Inc. in the above-captioned matter.

Dated: November 20, 2024

        /s/ Victoria L. Andrews
       Victoria L. Andrews (PA No. 321143)
       FAEGRE DRINKER BIDDLE & REATH LLP
       One Logan Square, Ste. 2000
       Philadelphia, PA 19103-6996
       Telephone: (215) 988-2700
       Facsimile: (215) 988-2757
       victoria.andrews@faegredrinker.com

       *Attorneys for Philly Shipyard, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served on counsel of record for all parties via the Court's CM/ECF system.

Dated:  November 20, 2024          /s/ Victoria L. Andrews
                                   Victoria L. Andrews