# Exhibit 6



9811 Katy Freeway, Suite 1200
Houston, Texas  77024   USA
346-209-1919
www.gldd.com

November 15, 2024

**VIA EMAIL**
To:     PHILLY SHIPYARD, INC.
        2100 Kitty Hawk Avenue
        Philadelphia, PA 19112
        Attention:     Steinar Nerbøvik
                       Thomas Grunwald, Vice President

Subj:   VESSEL CONSTRUCTION AGREEMENT for the Construction of a Subsea Rock Installation Vessel ("VCA"); PSI Hull No. S 038 ("Vessel")

**PSI'S CONTINUING FAILURE TO COMPLY WITH VCA ARTICLES 8 & 9 AND FAILURE TO ENGAGE IN EFFORTS TO SEEK A COMMERCIAL RESOLUTION**

Dear Steinar and Thomas:

Great Lakes Dredge & Dock Company, LLC's ("GLDD's") October 21, 2024, letter detailed Philly Shipyard, Inc.'s ("PSI's") continuing failure to comply with VCA Articles 8 and 9. In that letter, we directed PSI pursuant to VCA Section 8.13(e) to take action to recover the project schedule, to comply with its duty of diligence pursuant to VCA Section 9.4, including providing acceptable commitments that PSI will not divert shared resources to other projects, and to comply with its obligations under VCA Article 8 to provide a fully resource-loaded and logic-linked schedule that would deliver the Vessel in an acceptable timeframe.

In that same letter, we also voiced GLDD's continued, strong objection to PSI's "alternate execution plan" to remove the Vessel from the building dock and float it into the harbor for multiple reasons, and particularly the risk of physical damage, up to potential total loss.

It has been nearly a month. PSI has failed to respond. PSI has not taken any action to recover the project schedule. PSI has not complied with its duty of diligence. PSI has not provided a fully resource-loaded and logic-linked schedule. And PSI recently told GLDD that it would proceed to float the Vessel, over Great Lakes's objections, and that PSI today took the affirmative step of lifting Grand Block 14 out of the Vessel in furtherance of its contested "float" plan.

This is unacceptable. Equally unacceptable is that PSI has resisted GLDD's efforts to reach a commercial resolution. We recently approached PSI on an executive-to-executive basis and requested a meeting between GLDD's CEO Lasse J. Petterson and Christian Røkke, the Chairman of PSI's parent entity. But we were told that Mr. Røkke is not available until December 10, 2024, which, conveniently, is only days before when PSI plans to float the Vessel.

GLDD will not continue to proceed in this fashion. We desire to reach a good-faith, commercial

resolution. For that to remain a possibility, we must sit down to have a meeting no later than November 19th and before any further work is done to advance PSI's contested "float" plan, to determine whether a commercial resolution can be reached.

If PSI's executives and its parent entity's chairman of the board are unable to make time to meet with us, then we will have no choice but to explore legal options to prevent PSI from removing the Vessel from its position in the dock.

Any time and resources that PSI spends in furtherance of its contested "float" plan are at its own risk. GLDD reserves all rights and waives none.

Sincerely yours,

Chris Gunsten
GREAT LAKES DREDGE & DOCK COMPANY, LLC

cc:  Lasse Petterson
     Vidar Lindmoen
     Stephanie Espinoza

     Kristian Røkke, Aker Horizons SA
     Dean Grabelle, PSI