IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY, LLC,**<br>**Plaintiff**<br><br>v.<br><br>**PHILLY SHIPYARD, INC.,**<br>**Defendant** | Case No. 24-cv-6198 |

## ORDER

**AND NOW,** on this 13th day of December, 2024, upon consideration of Plaintiff Great Lakes Dredge & Dock Company, LLC's motion for a temporary restraining order and preliminary injunction (ECF No. 7), Defendant Philly Shipyard, Inc.'s response thereto (ECF No. 22), and after conducting an evidentiary hearing regarding Plaintiff's motion with regard to the float plan only; it is **ORDERED** that with respect to Plaintiff's application for a temporary restraining order and preliminary injunction regarding the float plan only, Plaintiff's motion is hereby **DENIED** for the reasons stated in the enclosed memorandum opinion.

BY THE COURT:

_____
MARY KAY COSTELLO, J.